UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Monica Underwood, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs<br><br>Barr Laboratories, Inc., Zeneca Inc., AstraZeneca Pharmaceuticals LP, AstraZeneca LP and AstraZeneca PLC<br><br>Defendants. | ) | File No. 01 CV 1539 ADM/AJB<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties hereby stipulate, through their undersigned counsel, that defendants' responsive pleadings or motions in response to the Complaint will be deferred pending resolution of any motion by Plaintiff to remand the above-captioned matter to Minnesota state court in Hennepin County. (Defendant AstraZeneca PLC has not yet been served with the Summons and Complaint.). If the case is remanded to state court, the defendants' responsive pleadings or motions will be due no less than twenty-five (25) days after the state court's receipt of a certified copy of the remand. If the case remains in federal court, the parties will be subject to the schedule set by the federal district court having jurisdiction.

FILED AUG 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 24, 2001

Richard A. Lockridge (#64117)
Robert K. Shelquist (#21310X)
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900

Attorneys for Plaintiff

Dated: August 27, 2001

Douglas B. Greenswag (#150186)
LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1527

Attorneys for Defendant Barr Laboratories, Inc.

Dated: Aug. 24, 2001

Leon Goodrich (#3616X)
Kari L. Wraspir (#28029X)
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-607-7000

Attorneys for Defendant Zeneca Inc., AstraZeneca Pharmaceuticals LP and AstraZeneca LP

ORDER

The foregoing Stipulation shall be and hereby is approved.

Dated: 8/27, 2001

Magistrate Judge Arthur J. Boylan
United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500