01-1539 ADM

RECEIVED BY MAIL

NOV 05 2001

CLERK US DIST COURT
ST. PAUL, MN

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SEP 17 2001

FILED
CLERK'S OFFICE

*DOCKET NO. 1408*

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE TAMOXIFEN CITRATE ANTITRUST LITIGATION*

*Underwood v. Barr Laboratories, Inc., et al.*, D. Minnesota, C.A. No. 0:01-1539

## *CONDITIONAL TRANSFER ORDER (CTO-2)*

On August 14, 2001, the Panel transferred two civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. With the consent of that court, all such actions have been assigned to the Honorable I. Leo Glasser.

It appears from the pleadings filed in the above-captioned action that it involves questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Glasser.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the above-captioned action is hereby transferred under 28 U.S.C. §1407 to the Eastern District of New York for the reasons stated in the order of August 14, 2001, and, with the consent of that court, assigned to the Honorable I. Leo Glasser.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT - 3 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK MKC

A TRUE COPY
ATTEST
DATED 10/31 2001
ROBERT C. HEINEMANN
CLERK
BY S Vaughn
DEPUTY CLERK

(4)

2

# INVOLVED COUNSEL LIST (CTO-2)
# DOCKET NO. 1408
# IN RE TAMOXIFEN CITRATE ANTITRUST LITIGATION

Joel Cohen
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Yvonne M. Flaherty
Jardine Logan & O'Brien
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101

Leon R. Goodrich
Oppenheimer, Wolff & Donnelly, L.L.P.
West 1700 First Bank Building
332 Minnesota Street
St. Paul, MN 55101

Douglas Bruce Greenswag
Leonard, Street & Deinard
150 South 5th Street
Suite 2300
Minneapolis, MN 55402

Richard A. Lockridge
Lockridge Grindal Nauen, PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

George Lombardi
Winston & Strawn
35 West Wacker Drive, 45th Floor
Chicago, IL 60601

Britt L. Tinglum
Keller, Rohrback, LLP
1201 3rd Avenue
Suite 3200
Seattle, WA 98101

Kari L. Wraspir
Oppenheimer, Wolff & Donnelly
3400 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402